IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS' WELFARE FUND OF DELAWARE LOCAL NO. 199, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID W. TALLEY, GENERAL CONTRACTOR, LLC,<br><br>  Defendants. | :<br>:<br>:<br>:  Civil Action No. 07-CV-0055 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION TO EXTEND TIME FOR
## DEFENDANT TO RESPOND TO COMPLAINT

AND NOW, this 20th day of February, 2007, it is hereby stipulated and agreed between Plaintiffs' counsel and Defendant's counsel that Defendant shall have an additional 30 days -- until March 22, 2007 -- to answer or otherwise respond to Plaintiffs' Complaint.

| | |
|---|---|
| /s/ Timothy J. Snyder<br>Timothy J. Snyder, Esquire (No. 2408)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6645<br>(302) 576-3336 (fax)<br><br>Attorneys for Plaintiffs | /s/ Neal J. Levitsky<br>Neal J. Levitsky, Esquire (No. 2092)<br>Seth A. Niederman, Esquire (No. 4588)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street<br>Suite 1300, 13th Floor<br>Wilmington, DE 19801-2323<br>(302) 622-4200<br>(302) 656-8920 (fax)<br><br>Attorneys for Defendant |

SO ORDERED this ____ day of _____, 2007.

_____
**The Honorable Gregory M. Sleet**

PH1 940281v1 02/20/07