IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LABORERS' WELFARE FUND OF<br>DELAWARE LOCAL NO. 199, et al. | : <br> : <br> : | |
| Plaintiffs, | : | Civil Action No. 07-CV-0055 (GMS) |
| v. | : | |
| DAVID W. TALLEY, GENERAL<br>CONTRACTOR, LLC, | : <br> : <br> : | |
| Defendants. | : | |

**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

**AND NOW,** this 21st day of February 2007, it is hereby stipulated and agreed between Plaintiffs' counsel and Defendant's counsel that Defendant shall have an additional 30 days -- until March 22, 2007 -- to answer or otherwise respond to Plaintiffs' Complaint. The extension agreed upon between the parties is not for the purpose of undue delay but for the purpose of allowing the parties additional time to continue negotiation of settlement of this matter (See Exhibit "A").

| | |
|---|---|
| /s/ Timothy J. Snyder | /s/ Neal J. Levitsky |
| Timothy J. Snyder (No. 2408) | Neal J. Levitsky (No. 2092) |
| YOUNG CONAWAY STARGATT & | Seth A. Niederman (No. 4588) |
| TAYLOR, LLP | FOX ROTHSCHILD LLP |
| The Brandywine Building | Citizens Bank Center |
| 1000 West Street, 17th Floor | 919 North Market Street |
| P.O. Box 391 | Suite 1300, 13th Floor |
| Wilmington, DE 19899-0391 | Wilmington, DE 19801-2323 |
| (302) 571-6645 | (302) 622-4200 |
| (302) 576-3336 (fax) | (302) 656-8920 (fax) |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2007.

_____
**The Honorable Gregory M. Sleet**

WM1A 94292v1 02/21/07

LAW OFFICES
## MARKOWITZ & RICHMAN
1100 NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19107

(215) 875-3100
TELECOPIER (215) 790-0668
WWW.MARKOWITZANDRICHMAN.COM

DIRECT DIAL

215-875-3121

February 20, 2007

RICHARD H. MARKOWITZ *
STEPHEN C. RICHMAN *
PAULA R. MARKOWITZ
QUINTES D. TAGLIOLI
JONATHAN WALTERS ++
ANTHONY C. BUSILLO II
THOMAS H. KOHN ***
RUTH SKOGLUND
R. MATTHEW PETTIGREW, JR.**
PETER H. DEMKOVITZ +
MATTHEW D. AREMAN +

* ALSO ADMITTED IN NEW YORK AND DISTRICT OF COLUMBIA
+ ALSO ADMITTED IN NEW JERSEY
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN NEW JERSEY AND NEW YORK
*** ALSO ADMITTED IN VIRGINIA AND DISTRICT OF COLUMBIA

ALLENTOWN OFFICE
SUITE 200 COMMONWEALTH BLDG.
512 HAMILTON STREET
ALLENTOWN, PA 18101-1505
(610) 820-9531

NEW JERSEY OFFICE
24 WILKINS AVENUE
HADDONFIELD, NJ 08033
(856) 616-2930

NEW YORK OFFICE
880 THIRD AVENUE
NINTH FLOOR
NEW YORK, NY 10022
(212) 752-6761

HARRISBURG OFFICE
27 SOUTH ARLENE STREET
P.O. BOX 6865
HARRISBURG, PA 17112-6865
(717) 541-9475

**VIA TELEFAX (215) 299-2150 AND U. S. MAIL**

Ryan Fleming, Esquire
Fox, Rothschild LLP
10th Floor
2000 Market Street
Philadelphia, PA 19103

B26-199-129

RE: Laborers Local 199 Benefit Funds of Delaware, Inc., *et al.* v.
David W. Talley General Contractor LLC.
Case No. 07-cv-0055
(U. S. District Court for the District of Delaware)

Dear Mr. Fleming:

As your files will reflect, this office is co-counsel to the Plaintiffs, the Laborers Local 199 Benefit Funds of Delaware, Inc. ["Funds'], *et al.*, in the above matter.

This letter should serve as a follow-up to our recent telephone conversations in which I advised you that the above matter would be withdrawn if your client, the Defendant David W. Talley General Contractor LLC, ["DWT"] were to supply Haggerty & Haggerty, P. A., the accounting firm selected by the Funds to audit DWT's books and records for calendar years 2004 and 2005 with purchase orders and invoices for the time period in question. Once the audit is completed, of course, DWT will be provided the results thereof and the ability to challenge any findings made by Haggerty & Haggerty.

As you are no doubt aware, the Complaint also sought to compel the Defendant to "pay any monies determined due and owing" the Plaintiffs. Obviously, in the case of any dismissal of the Complaint, the Plaintiffs would insist on keeping open the ability to bring suit for monies that the audit determined would be owed that DWT refuses to pay.

MARKOWITZ & RICHMAN

February 20, 2007
Page Two

  In the interim, I believe my Co-Counsel, Timothy Snyder, has been in contact with you about stipulating to an extension of time in which the Defendant could answer or otherwise respond to the Complaint, assuming we are unable to formalize a settlement. I would anticipate getting a stipulation of settlement to you by this Monday, February 26, 2007.

  If you have any questions concerning this matter, please feel free to contact me.

            Very truly yours,

            JONATHAN WALTERS

JW/ld
cc: Timothy Snyder, Esquire (via telefax)