IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LABORERS' WELFARE FUND OF DELAWARE LOCAL NO. 199, et al.** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 07-CV-0055 (SLR) |
| v. | : | |
| | : | |
| **DAVID W. TALLEY, GENERAL CONTRACTOR, LLC,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

**AND NOW,** this 21st day of March 2007, it is hereby stipulated and agreed between Plaintiffs' counsel and Defendant's counsel that Defendant shall have an additional 30 days -- until April 20, 2007 -- to answer or otherwise respond to Plaintiffs' Complaint. The extension agreed upon between the parties is not for the purpose of undue delay but for the purpose of allowing the parties additional time to continue negotiation of settlement of this matter.

| | |
|---|---|
| /s/ Timothy J. Snyder | /s/ Neal J. Levitsky |
| Timothy J. Snyder (No. 2408) | Neal J. Levitsky (No. 2092) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Seth A. Niederman (No. 4588) |
| | FOX ROTHSCHILD LLP |
| The Brandywine Building | Citizens Bank Center |
| 1000 West Street, 17th Floor | 919 North Market Street |
| P.O. Box 391 | Suite 1300, 13th Floor |
| Wilmington, DE 19899-0391 | Wilmington, DE 19801-2323 |
| (302) 571-6645 | (302) 622-4200 |
| (302) 576-3336 (fax) | (302) 656-8920 (fax) |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED this ____ day of _____, 2007.

_____
**The Honorable Sue L. Robinson**

WM1A 96211v1 03/21/07