IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LABORERS' WELFARE FUND OF DELAWARE LOCAL NO. 199, et al.** | : : : | |
| Plaintiffs, | : : | Civil Action No. 07-CV-0055 (SLR) |
| v. | : : | |
| **DAVID W. TALLEY GENERAL CONTRACTOR LLC,** | : : : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Steven K. Ludwig, Esquire** to represent David W. Talley General Contractor LLC in this action.

                                          **FOX ROTHSCHILD LLP**

                                            /s/ Neal J. Levitsky 2092
                                          Neal J. Levitsky, Esquire  (No. 2092)
                                          Seth A. Niederman, Esquire (No. 4588)
                                          Citizen's Bank Center, Suite 1300
                                          919 North Market Street
                                          P.O. Box 2323
                                          Wilmington, DE 19899-2323
                                          (302) 622-4200

Dated:  June 27, 2007

WM1A 102214v1 06/26/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey, and the Commonwealth of Pennsylvania as well as the United States District Court for the District of New Jersey, Eastern and Middle Districts of Pennsylvania and the United States Court of Appeals for the Third Judicial Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Steven K. Ludwig, Esquire
**Fox Rothschild LLP**
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2000; (215) 299-2150 (fax)
sludwig@foxrothschild.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

_____
**The Honorable Sue L. Robinson**

WM1A 102214v1 06/26/07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 27th day of June, 2007 on the following individual by hand delivery:

Timothy J. Snyder
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

/s/ Seth A. Niederman
Seth A. Niederman, Esquire (No. 4588)

WM1A 102214v1 06/26/07