IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) | CIVIL ACTION NO. 07-CV-55(SLR) |
| and | |
| LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS | |
| and | |
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO | |
| Plaintiffs | |
| v. | |
| DAVID W. TALLEY GENERAL CONTRACTOR LLC | |
| Defendant | |

**STIPULATION OF DISMISSAL**

The parties, through their undersigned counsel, have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement ("the Settlement Agreement"), and as part of that agreement, hereby stipulate to the

2

dismissal of the above-captioned matter with prejudice with each party to bear their own costs.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FOX ROTHSCHILD, LLP |
|---|---|
| */s/ Timothy J. Snyder* | */s/ Neal J. Levitsky* |
| Timothy J. Snyder (No. 2408) | Neal J. Levitsky (No. 2092) |
| The Brandywine Building | Seth A. Niederman (No. 4588) |
| 1000 West Street, 17th Floor | Citizens Bank Center, Suite 1300 |
| Wilmington, Delaware 19801 | 919 North Market Street |
| P.O. Box 391 | P.O. Box 2323 |
| (302) 571-6645 | Wilmington, DE 19899-2323 |
| tsnyder@ycst.com | (302) 622-4200 |
|  | nlevitsky@foxrothschild.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Dated: August 24, 2007 | Dated: August 24, 2007 |